FILED
5/8/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AUSA John D. Cooke (312) 353-4224

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEM BERHANE | Case No.: 23 CR 282<br>M. DAVID WEISMAN<br>Magistrate Judge |

## AFFIDAVIT IN REMOVAL PROCEEDING

I, CAROLYN WORKING, appearing by telephone before United States Magistrate Judge M. DAVID WEISMAN and being duly sworn on oath, state that as a federal law enforcement officer I have been informed that ALEM BERHANE has been charged by Indictment in the Eastern District of Missouri with the following criminal offense: unlawful possession with intent to distribute methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

A copy of the Indictment is attached. A copy of the arrest warrant is also attached.

/s/ Carolyn Working (MDW with permission)
CAROLYN WORKING
Special Agent
Homeland Security
Investigations

SUBSCRIBED AND SWORN to me by telephone this 8th day of May, 2023.

M. DAVID WEISMAN
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

| | |
|---|---|
| United States of America<br>v.<br><br>ALEM BERHANE<br>*Defendant* | )<br>)<br>)    **4:23CR060 SRC/JMB**<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

    **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    ALEM BERHANE,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2, Unlawful Possession with Intent to Distribute Methamphetamine, a Schedule II Controlled Substance

BOND

Date:    02/15/2023

*Issuing officer's signature*

City and state:    St. Louis, Missouri      GREGORY LINHARES, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

AUSA: Nathan Chapman

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AUSTIN ZACHARY SILVERS and ) <br> ALEM BERHANE, ) <br> ) <br> Defendants. | No. |

# **INDICTMENT**

## **COUNT I**

The Grand Jury charges that:

On or about May 26, 2021, in Warren County, Missouri, within the Eastern District of Missouri, the defendants,

**AUSTIN ZACHARY SILVERS and
ALEM BERHANE,**

did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectible amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

# **FORFEITURE ALLEGATION**

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 21, United States Code, Sections 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841(a)(l), as set forth in Count I the Defendants shall forfeit to the United States of America any property constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

2. Subject to forfeiture is a sum of money equal to the total value of any property, real or personal, constituting or derived from any proceeds traceable to Defendants' offenses.

3. If any of the property, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty, the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
NATHAN L. CHAPMAN, #60978MO
Assistant United States Attorney